**SO ORDERED**

No response or opposition.



**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

IN RE:

Leonard G. Worsham

Case No.: 19-20439
Chapter 13

DEBTOR(S)

U.S. Bank Trust National Association, as
Trustee of the Bungalow Series F Trust, by
SN Servicing Corporation, Servicing Agent
    MOVANT
       vs.
Leonard G. Worsham

Maxzine E. Worsham, non filing codebtor

    RESPONDENT(S)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 2434 HUNTWOOD COURT, FREDERICK, MD 21702

    Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a) and Section 1301, be and the same is hereby, terminated to enable U.S. Bank Trust National Association, as Trustee of the Bungalow Series F Trust, by SN Servicing Corporation, Servicing Agent, or its successors and assigns, to proceed with foreclosure against the real property and improvements known as 2434 Huntwood Court, Frederick, MD 21702 and allow the successful purchaser thereof to obtain possession of same.

cc:  Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

Leonard G. Worsham
2434 Huntwood Court
Frederick, MD 21702

Maxzine E. Worsham
2434 Huntwood Court
Frederick, MD 21702

and respondent(s)' counsel:
Charles Maynard, Esquire
200-A Monroe Street, Suite #115
Rockville, MD 20850

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

**End of Order**